IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

CHARLOTTE L. HAZELETT,

          Plaintiff,

v.                                            CIVIL  ACTION  NO.  3:04-0053

R. L. BROWNLEE, Acting Secretary,
Department of the Army,

          Defendant.

**ORDER**

      This action was referred to the Honorable Maurice G. Taylor, Jr., United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that Plaintiff's motion for summary judgment be denied, that defendant's renewed motion for summary judgment be granted and that this action be dismissed. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

      Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** Plaintiff's motion for summary judgment, **GRANTS** Defendant's renewed motion for summary judgment and **DISMISSES** this action, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Taylor, counsel of record, and any unrepresented parties.

ENTER: August 3, 2007

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE